UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| STAG INDUSTRIAL HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR SEAL LLC, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:23-cv-11726-ADB<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF STAG INDUSTRIAL HOLDINGS, LLC'S
### MOTION FOR SUMMARY JUDGMENT ON
### <u>COUNT I (BREACH OF CONTRACT) OF THE AMENDED COMPLAINT</u>

Pursuant to Fed. R. Civ. P. 56, plaintiff STAG Industrial Holdings, LLC ("STAG") hereby moves this Court to enter summary judgment on Count I—Breach of Lease—of its Amended Complaint against defendant Solar Seal LLC ("Solar Seal"). Solar Seal has failed to pay rent under a commercial lease with STAG and prematurely abandoned the premises located in South Easton, Massachusetts. Solar Seal does not dispute these facts.

For the reasons stated herein and as more fully set forth in STAG's Memorandum of Law, the Affidavit of Robert Hawkins, and the Affidavit of John F. White III, Esq. and exhibits thereto, all of which are filed contemporaneously herewith and incorporated by reference, STAG respectfully requests that this Court find Solar Seal liable under Count I and award damages in the total principal amount of $4,816,840.59, plus interest and attorney's fees and other expenses incurred by STAG in enforcing Solar Seal's lease obligations.

### <u>REQUEST FOR ORAL ARGUMENT</u>

To the extent it would assist the Court, STAG requests that an oral argument on its Motion for Summary Judgment on Count I be scheduled.

**CERTIFICATION OF COMPLIANCE WITH D. MASS. LOCAL RULE 7.1(a)(2)**

On November 25, 2024 at approximately 4:30 PM, counsel for STAG conferred by telephone in good faith with counsel for Defendant regarding the foregoing Motion, which the parties previously discussed with the Court on October 10, 2024 during their status conference. Despite such conferral, the parties were unable to narrow or resolve the issues.

        Respectfully submitted,

        STAG INDUSTRIAL HOLDINGS, LLC,

        By its attorneys,

        */s/ John F. White III*
        Derek B. Domian, Esq. (BBO # 660568)
        John F. White III, Esq. (BBO # 706589)
        GOULSTON & STORRS PC
        One Post Office Square, 25th Floor
        Boston, MA 02109
        Telephone: (617) 574-3575
        ddomian@goulstonstorrs.com
        jwhite@goulstonstorrs.com

Dated: November 26, 2024        *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, John F. White III, hereby certify that, on November 26, 2024, I electronically filed the foregoing document with the U.S. District Court for the District of Massachusetts through the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants.

        */s/ John F. White III*
        John F. White III

2